Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-10596-AMC**

THOMAS G MARTIN  
611 HAMILTON BLVD  
MORRISVILLE  PA    19067

Petition Filed Date: 01/31/2019  
341 Hearing Date: 03/15/2019  
Confirmation Date: 06/19/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $1,122.00 | 6506448000 | 02/24/2020 | $1,122.00 | 6580755000 | 03/23/2020 | $1,882.00 | 6654113000 |
| 04/20/2020 | $1,502.00 | 6724121000 | 05/18/2020 | $1,502.00 | 6794666000 | 06/29/2020 | $1,502.00 | 6895460000 |
| 07/27/2020 | $1,502.00 | 6963497000 | 08/24/2020 | $1,502.00 | 7029981000 | 09/21/2020 | $1,502.00 | 7097974000 |
| 10/19/2020 | $1,502.00 | 7166390000 | 11/16/2020 | $1,502.00 | 7233135000 | 12/14/2020 | $1,502.00 | 7303228000 |
| 01/11/2021 | $1,502.00 | 7369552000 | 02/22/2021 | $1,502.00 | 7465891000 | 03/22/2021 | $1,502.00 | 7540069000 |
| 04/20/2021 | $1,502.00 | 7607736000 | 05/17/2021 | $1,502.00 | 7673921000 | | | |

**Total Receipts for the Period: $25,154.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $38,530.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $1,059.61 | $358.97 | $700.64 |
| 9 | AMERICAN INFOSOURCE LP<br>»» 009 | Unsecured Creditors | $15,974.23 | $5,411.75 | $10,562.48 |
| 5 | FREEDOM MORTGAGE CORPORATION<br>»» 005 | Mortgage Arrears | $127.52 | $127.52 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $158.99 | $51.36 | $107.63 |
| 6 | CHASE BANK USA NA<br>»» 006 | Unsecured Creditors | $8,774.76 | $2,972.73 | $5,802.03 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $9,533.84 | $3,229.83 | $6,304.01 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $8,559.57 | $2,899.79 | $5,659.78 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $18,281.15 | $6,193.31 | $12,087.84 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $2,419.04 | $819.55 | $1,599.49 |
| 1 | TD BANK NA<br>»» 001 | Unsecured Creditors | $2,149.21 | $728.12 | $1,421.09 |
| 2 | TD BANK NA<br>»» 002 | Unsecured Creditors | $22,202.78 | $7,521.84 | $14,680.94 |
| 3 | WELLS FARGO DEALER SERVICES<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | MICHAEL P KELLY ESQ<br>»» 013 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

Chapter 13 Case No. 19-10596-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,530.00 | Current Monthly Payment: | $1,502.00 |
| Paid to Claims: | $33,814.77 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,360.94 | Total Plan Base: | $99,162.00 |
| Funds on Hand: | $1,354.29 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.