Certificate Number: 05781-PAE-DE-036705209

Bankruptcy Case Number: 19-10596



05781-PAE-DE-036705209

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2022, at 10:08 o'clock AM PDT, Thomas Martin completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 23, 2022

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President