| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-10596-AMC

THOMAS G MARTIN
611 HAMILTON BLVD
MORRISVILLE  PA    19067

Petition Filed Date: 01/31/2019
341 Hearing Date: 03/15/2019
Confirmation Date: 06/19/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $1,502.00 | 7607736000 | 05/17/2021 | $1,502.00 | 7673921000 | 06/14/2021 | $1,502.00 | 7740969000 |
| 07/12/2021 | $1,502.00 | 7804118000 | 08/09/2021 | $1,502.00 | 7866081000 | 09/07/2021 | $1,502.00 | 7928846000 |
| 09/30/2021 | $1,502.00 | 7979714000 | 11/16/2021 | $1,502.00 | 8080737000 | 12/13/2021 | $1,502.00 | 8141630000 |
| 01/24/2022 | $1,502.00 | 8226720000 | 02/22/2022 | $1,502.00 | 8287489000 | 03/21/2022 | $1,502.00 | 8349731000 |
| 05/02/2022 | $1,502.00 | 8440073000 | 05/31/2022 | $2,842.00 | 8494809000 | 06/27/2022 | $2,172.00 | 8548992000 |
| 07/25/2022 | $2,172.00 | 8605128000 | | | | | | |

**Total Receipts for the Period: $26,712.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $62,238.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $1,059.61 | $585.06 | $474.55 |
| 9 | AMERICAN INFOSOURCE LP<br>»» 009 | Unsecured Creditors | $15,974.23 | $8,820.61 | $7,153.62 |
| 5 | FREEDOM MORTGAGE CORPORATION<br>»» 005 | Mortgage Arrears | $127.52 | $127.52 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $158.99 | $87.79 | $71.20 |
| 6 | CHASE BANK USA NA<br>»» 006 | Unsecured Creditors | $8,774.76 | $4,845.24 | $3,929.52 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $9,533.84 | $5,264.34 | $4,269.50 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $8,559.57 | $4,726.38 | $3,833.19 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $18,281.15 | $10,094.45 | $8,186.70 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $2,419.04 | $1,335.75 | $1,083.29 |
| 1 | TD BANK NA<br>»» 001 | Unsecured Creditors | $2,149.21 | $1,186.75 | $962.46 |
| 2 | TD BANK NA<br>»» 002 | Unsecured Creditors | $22,202.78 | $12,259.85 | $9,942.93 |
| 3 | WELLS FARGO DEALER SERVICES<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | MICHAEL P KELLY ESQ<br>»» 013 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**Chapter 13 Case No. 19-10596-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $62,238.00 | Current Monthly Payment: | $2,172.00 |
| Paid to Claims: | $52,833.74 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,407.78 | Total Plan Base: | $99,162.00 |
| Funds on Hand: | $3,996.48 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.