UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:                                  :    BKY NO. 19-10596 - amc
THOMAS G. MARTIN                     :
                                     :    CHAPTER 13

ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan (Doc. #__) and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Debtors' Amended Chapter 13 Plan (~~Doc XXXX~~) is APPROVED.

3. Debtor is permitted to refinance and pay off the Chapter 13 Plan in the amount of $38,000.00.

BY THE COURT:

_____
ASHELY M. CHAN
Bankruptcy Judge

**Date: August 24, 2022**