# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                       : CHAPTER 13
Thomas G Martin                        : BKY. NO. 19-10596

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received regarding Counsel's Supplemental Fee Application.

DATED: September 22, 2022                /s/ Michael P. Kelly
                                                                  Michael P. Kelly, Esquire
                                                                  Suite 202 - Penn's Square
                                                                  402 Middletown Blvd.
                                                                  Langhorne, PA   19047
                                                                  (215) 741-1100
                                                                  Fax (215) 741-4029
                                                                  Email:  mpk@cowanandkelly.com