United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 19-10596-amc
Thomas G Martin | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Nov 21, 2022     Form ID: 138OBJ     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas G Martin, 611 Hamilton Blvd, Morrisville, PA 19067-2131 |
| 14298412 | | CALIBER HOME LOANS, INC., C/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14299972 | | Caliber Home Loans, Inc., c/o Thomas Song, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14647204 | + | Freedom Mortgage Corporation, c/o ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14559123 | + | Freedom Mortgage Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14354272 | + | Michael P Kelly, Esquire, 402 Middletown Blvd., Suite 202, Langhorne, PA 19047-1818 |
| 14278634 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 14287084 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 22 2022 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2022 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14266394 | | Email/Text: membersolutions@ardentcu.org | Nov 22 2022 00:10:00 | Ardent Federal Credit, 200 N 16th St, Philadelphia, PA 19102 |
| 14266393 | + | Email/PDF: bncnotices@becket-lee.com | Nov 22 2022 00:19:53 | American Express, PO Box 981540, El Paso, TX 79998-1540 |
| 14292653 | | Email/PDF: bncnotices@becket-lee.com | Nov 22 2022 00:19:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14266395 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 22 2022 00:10:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14266396 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Nov 22 2022 00:10:00 | Caliber Home Loans, Attn: Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 14287616 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Nov 22 2022 00:10:00 | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14266397 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2022 00:19:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14303645 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 22 2022 00:19:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14287511 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 22 2022 00:10:00 | Chase Bank USA, N.A., c/o National Bankruptcy |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 21, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14305550 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2022 00:19:50 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14266399 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2022 00:19:46 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14266400 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2022 00:19:46 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14525555 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 22 2022 00:10:00 | FREEDOM MORTGAGE CORPORATION, P.O. BOX 50485, INDIANAPOLIS, IN 46250-0485 |
| 14559020 | ^ | MEBN | Nov 22 2022 00:09:48 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14266398 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 22 2022 00:19:45 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14302837 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2022 00:19:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14304817 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2022 00:19:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14267672 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 22 2022 00:19:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14266401 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 22 2022 00:19:46 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14266402 | | Email/Text: bankruptcy@td.com | Nov 22 2022 00:10:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |
| 14266403 | | Email/Text: bankruptcy@td.com | Nov 22 2022 00:10:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14266404 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 22 2022 00:19:53 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14307819 | | Aria Health, PO Box 829778 |
| 14646714 | | Freedom Mortgage Corporation, C/O Andrew SpivackBrock and Scott, PLLCA |
| 14288134 | *+ | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14469933 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14304830 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 21, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:**

**Name**          **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

MICHAEL P. KELLY
on behalf of Debtor Thomas G Martin mpkpc@aol.com r47593@notify.bestcase.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

ROBERT J. DAVIDOW
on behalf of Creditor CALIBER HOME LOANS INC. robert.davidow@phelanhallinan.com

ROBERT J. DAVIDOW
on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

THOMAS SONG
on behalf of Creditor CALIBER HOME LOANS INC. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Thomas G Martin

        Debtor(s)

Case No: 19−10596−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/21/22